UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE SADOWSKI,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

Case No. 06-11577
District Judge Arthur J. Tarnow

Magistrate Judge R. Steven Whalen

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION [18], GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [10], DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [15], AND REMANDING CASE TO THE COMMISSIONER FOR FACT-FINDING IN ACCORDANCE WITH THIS ORDER

Before the Court is Plaintiff's Motion for Summary Judgment [10] and Defendant's Motion for Summary Judgment [15]. On March 30, 2007, Magistrate Judge Whalen issued a Report and Recommendation [18] recommending that the Plaintiff's motion be GRANTED to the extent that the case is remanded for further fact-finding, Defendant's motion be DENIED, and the matter REMANDED to the Commissioner for the recommended fact-finding and consideration. Neither party filed an objection.

Having reviewed the file, the respective Motions for Summary Judgment, and the Report and Recommendation,, the Court hereby ADOPTS the Report and Recommendation [18] as the findings and conclusions of the Court. Therefore,

IT IS ORDERED that Plaintiff's Motion for Summary Judgment [10] is

GRANTED.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment [15] is DENIED.

This case is HEREBY REMANDED to the Commissioner for fact-finding and consideration pursuant to section A of the ANALYSIS portion of the Report and Recommendation [18].

SO ORDERED.

S/ARTHUR J. TARNOW
United States District Judge

May 21, 2007


I hereby certify that service was made upon all counsel of record by ordinary/electronic mail on May 21, 2007.

S/THERESA E. TAYLOR
Case Manager